UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JURIJUS KADAMOVAS, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> HARRELL WATTS, et al., ) <br> ) <br> Defendants. ) | No. 2:09-cv-259-WTL-JMS |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed pursuant to 28 U.S.C. § 1915A(b).**

Date: 11/30/2009

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Jurijus Kadamovas
21050-112
FCC- Terre Haute
P. O. Box 33
Terre Haute, IN 47808